UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASSUREDPARTNERS OF MISSOURI, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24 CV 1170 CDP |
| ) | |
| CRAIG BAUER, et al., ) | |
| ) | |
| Defendants. ) | |

### **MEMORANDUM AND ORDER**

As discussed with the parties on today's telephone conference,

**IT IS HEREBY ORDERED** that by no later than **May 2, 2025**, the parties must meet and confer to discuss any disputes regarding discovery already produced and/or outstanding discovery requests in a good faith attempt to resolve these disputes without further intervention by the Court.  **The parties must continue to meet and confer in a good faith effort to resolve these disputes prior to May 13, 2025.**

**IT IS FURTHER ORDERED** that on or before **May 13, 2025**, the parties shall file a joint memorandum informing the Court if they were able to resolve their discovery disputes.  If no discovery disputes remain, the parties shall so indicate and provide the Court with a joint proposed amended scheduling plan which sets out amended deadlines for the completion of this case.  If the parties are

still unable to reach agreement about outstanding discovery disputes, they shall so indicate.  In such a case, the parties shall file motions to compel regarding these discovery disputes no later than **May 16, 2025**.  Responsive briefs must be filed no later than **May 27, 2025**.  No reply briefs will be permitted as these motions will be set for a prompt hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2025.